# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

GARY LEE PULLEN,
    Plaintiff,

vs.

CORRECTIONAL OFFICER
CONSCHAFSKY, et al.,
    Defendants.

Case No. 1:16-cv-894
Barrett, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motion to stay proceedings (Doc. 23) and defendants' response (Doc. 25).

In his motion, which was filed on February 2, 2017, plaintiff requested a stay of proceedings in this case until plaintiff completed a hunger strike at the Southern Ohio Correctional Facility. (Doc. 23 at 1-2). In their response, defendants asserted that they do not oppose plaintiff's motion "pending a peaceful resolution to Plaintiff's hunger strike." (Doc. 25 at 1). In a notice dated February 4, 2017 and filed in the Court on March 17, 2017, plaintiff indicated that his hunger strike had ended and he would like for his case to proceed. (Doc. 27 at 1).

Because plaintiff's hunger strike has ended and he no longer wishes for proceedings in this matter to be stayed, his motion to stay proceedings (Doc. 23) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Date: 6/13/17

Karen L. Litkovitz
United States Magistrate Judge