UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gary Lee Pullen,

    Plaintiff,

        v.                                             Case No. 1:16cv894

Correctional Officer Conschafsky, *et al.*,       Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on October 11, 2018 (Doc. 91).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 91) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 91) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the plaintiff's Complaint against defendants Spears, Summers, Lahr, and Seal is **DISMISSED** without for failure of service.

    **IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge