# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Gary Lee Pullen,

    Plaintiff,

          v.                              Case No. 1:16cv894

Correctional Officer Conschafsky, *et al.*,        Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 20, 2018 (Doc. 93).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 93) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 93) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, plaintiff's complaint is **DISMISSED** with prejudice against defendants Cool, Davis, Erdos, Ford, Goodman, Mahlman, Nolan, Parson, Prise, and Toppins for want of prosecution and for failure to obey an Order of the Court.

    **IT IS SO ORDERED.**

                                                      *s/Michael R. Barrett*
                                                      Michael R. Barrett, Judge
                                                      United States District Court