**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Gary Lee Pullen,

    Plaintiff,

        v.                           Case No.  1:16cv894

Correctional Officer
Conschafsky, *et al.*,                    Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on December 10, 2018 (Doc. 95).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 95) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 95) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Plaintiff's Complaint is dismissed without prejudice for failure of service and this matter is closed.

    **IT IS SO ORDERED.**

                           *s/Michael R. Barrett*
                           Michael R. Barrett, Judge
                           United States District Court